No. 55422.—W .R. Zanes & Co. of La., Inc. *v.* United States, protests 151547–K/ 13047 and 151548–K/13048 (New Orleans).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55423.—F. B. Vandegrift & Co., Inc. *v.* United States, protest 158647–K (Philadelphia).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, APRIL 3, 1951

No. 55424.—National Biscuit Company *v.* United States, protest 152036–K (New York).

Opinion by LAWRENCE, J. From the testimony it appeared that the imported parts are not designed for or used in food-grinding or food-cutting machines, but, on the contrary, are used exclusively as repair parts for dough-mixing machinery and perform no cutting operation whatsoever. At the close of the hearing, counsel for the Government conceded that, if the merchandise were presently imported it would be advisorily classified as claimed by the plaintiff. From the record before the court the claim of the plaintiff was sustained.

No. 55425.—Longines Wittnauer Watch Co., Inc., et al. *v.* United States, protests 110364–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 55426.—Novelty Veiling Co., Inc. *v.* United States, protest 164691–K (A) (New York).

Opinion by FORD, J. The protest was dismissed.

No. 55427.—Glensder Textile Corp. et al. *v.* United States, protests 165468–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

No. 55428.—Air Express Int'l. Agency, Inc., et al. *v.* United States, protests 167151–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.